# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| GRADY RENARD WILLIAMS, JR., : | |
| : | |
| Plaintiff, : | |
| v. : | |
| : | CASE NO.: 7:24-CV-00102 (WLS) |
| Correctional Officer EVANS, *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

## ORDER

Before the Court is Recommendation (Doc. 33) from United States Magistrate Judge Alfreda L. Sheppard entered on August 26, 2025. Therein, Judge Sheppard recommends that the Court deny Plaintiff Grady Renard Williams, Jr.'s ("Plaintiff") second Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Doc. 22).

The Recommendation and 28 U.S.C. § 636(b)(1) provided Plaintiff with fourteen days to object to Judge Sheppard's findings and recommendations. (Doc. 33 at 3). A review of the Docket in this case shows that the Clerk mailed a copy of the Recommendation to Plaintiff on August 26, 2025. More than sixty (60) have passed since that date. The deadline for objections has elapsed with neither party having filed an objection.

In the absence of objections, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012). Upon full review and consideration of the Record, the Court finds neither plain error nor manifest injustice in Judge Sheppard's Recommendation. The Recommendation (Doc. 33) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. As a result, Plaintiff's second Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Doc. 22) is **DENIED**.

**SO ORDERED,** this 27th day of October 2025.

                                                 /s/ W. Louis Sands
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**