IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

GRADY RENARD WILLIAMS, JR,                    *

             Plaintiff,                          *

v.                                                           Case No. 7:24-cv-102 (WLS-ALS)

                                *

DONTAE EVANS, et al.,

                                *

             Defendants.

                                *

## J U D G M E N T

Pursuant to this Court's Order dated May 5, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 5th day of May, 2026.

                            David W. Bunt, Clerk


                            s/ Katie Logsdon, Deputy Clerk